Magistrate Judge J. Richard Creatura

FILED ___ LODGED
___ RECEIVED
JUL 29 2015
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JODY RAY FREDRICKSON, <br><br> Defendant. | NO. MJ15-5123 <br><br> COMPLAINT for VIOLATION <br><br> 18 U.S.C. §§ 2251(a) and (e) <br> 2252(a)(4)(B) and (b)(2) |

BEFORE the Honorable J. Richard Creatura, United States Magistrate Judge, U. S. Courthouse, Tacoma, Washington.

## COUNT 1

### (Attempted Production of Child Pornography)

On a date unknown, but between August 2006 and January 2008, at Tacoma, within the Western District of Washington, and elsewhere, JODY RAY FREDRICKSON did knowingly attempt to employ, use, persuade, induce, entice, or coerce a minor (MV-1) to engage in sexually explicit conduct in the bathroom of a residence in Tacoma, Washington, for the purpose of producing a visual depiction of such conduct, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported using any means and facility of interstate and foreign commerce.

COMPLAINT/*United States v. Fredrickson* - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 2

### (Production of Child Pornography)

On a date unknown, but between August 2006 and January 2008, at Tacoma, within the Western District of Washington, and elsewhere, JODY RAY FREDRICKSON did knowingly employ, use, persuade, induce, entice, or coerce a minor (MV-1) to engage in sexually explicit conduct in the bedroom of a residence in Tacoma, Washington, for the purpose of producing a visual depiction of such conduct, using materials that had been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer, and the visual depiction was transported using any means and facility of interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT 3

### (Possession of Child Pornography)

Beginning on a date unknown, and continuing until on or about December 3, 2014, at Tacoma, within the Western District of Washington, and elsewhere, JODY RAY FREDRICKSON did knowingly possess matter that contained visual depictions the production of which involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, that had been mailed and shipped and transported in and affecting interstate and foreign commerce by any means, including computer, and the images of child pornography involved include images of a prepubescent minor and a minor who had not attained 12 years of age.

All in violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

And the complainant states that this Complaint is based on the following information:

I, Lissa Eastvold-Walton, being duly sworn under oath, depose and state as follows:

## INTRODUCTION

1. I have been employed as a Special Agent of the Federal Bureau of Investigation since June 2014, and am currently assigned to the Seattle Division, Tacoma Resident Agency. Prior to becoming a Special Agent I was employed as a licensed professional counselor and attended graduate school to earn an advanced degree in rehabilitation psychology. While employed by the FBI, I have investigated federal criminal violations related to physical and sexual assault, theft and child pornography. I have gained experience through training at the FBI Academy and everyday work relating to conducting these types of investigations. I have received training in the area of child pornography and child exploitation, and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256).

2. I am an "investigative or law enforcement officer" of the United States within the meaning of Section 2510(7) of Title 18, United States Code, in that I am empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516.

3. The statements contained in this Complaint are based in part on: written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; independent investigation and analysis by law enforcement computer forensic professionals; and my experience, training and background as a Special Agent (SA) with the FBI. This affidavit includes only those facts that I believe are necessary to establish probable cause and does not include all of the facts uncovered during the investigation.

## SUMMARY OF THE INVESTIGATION

1. On October 29, 2014 Puyallup Police Detective Shelby Wilcox received five CyberTipline Reports (2881750, 2885641, 2899834, 2903914, and 2907857) from the National Center for Missing and Exploited Children (NCMEC). The CyberTips were

from Google and all referenced the same Internet Protocol (IP) number of 73.181.176.74 (hereinafter the SUBJECT IP ADDRESS) and email address of surforski34@gmail.com (hereinafter the SUBJECT EMAIL ACCOUNT) which contained potential images of child pornography. Detective Wilcox reviewed 18 images from the CyberTips. Some of the images in the CyberTipline Reports were determined to be child pornography.

2. Detective Shelby Wilcox is a full-time commissioned police officer for the Puyallup Police Department, State of Washington, and has been for ten years. Prior to this, Detective Wilcox worked for the Los Angeles Police Department for six years. From August 2007 to June 2011, Detective Wilcox was assigned as a detective to the Washington State Patrol Missing and Exploited Children Task Force (MECTF). In October 2012, she regained a detective position with Puyallup Police Department Major Crimes Unit and is currently assigned to investigate sexual assaults and Child Protective Services referrals. Detective Wilcox has a Bachelor's of Arts degree in Sociology – Criminology, graduated from the Los Angeles Police Department Academy in Los Angeles, California, and the Washington State Equivalency Academy at the Criminal Justice Training Commission in Burien, Washington.

3. She described one of the CyberTip images from the SUBJECT EMAIL ACCOUNT as follows:

   a. One image (filename vlcsnap-2012-11-14-186.jpeg) from CyberTipline Report 2899834 depicts a prepubescent naked white female (Victim), approximately 7-9 years old, appearing to be on her back. There is a Caucasian erect penis at the bottom of the picture that is over the Victim's bare, flat chest. The penis is ejaculating semen on the Victim's upper chest as her face is turned to the right and her eyes are tightly closed. The image was uploaded to the surforski34 gmail account on October 1, 2014, at 06:22 UTC, using IP address 73.181.176.74.

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

4. The SUBJECT IP ADDRESS which was provided in the five CyberTipline Reports was determined to be a Comcast IP address located in Puyallup, Washington. On November 3, 2014, Detective Wilcox obtained search warrants to obtain the subscriber/member/user information associated with the SUBJECT IP ADDRESS and SUBJECT EMAIL ACCOUNT. The Comcast search warrant results identified D.M., xxxx E Main Ave #xxxx, Puyallup, Washington 98372, as the subscriber of the SUBJECT IP ADDRESS.

5. Detective Wilcox went to xxxxE Main Ave, B Building and observed a motorcycle (Washington license plate 4B1431) parked in front of a 2013 Subaru Impreza (Oregon license plate D28365). Detective Wilcox determined that the motorcycle was registered to JODY RAY FREDRICKSON at Bend, Oregon and the Subaru was registered to R.F. at the same address in Bend, Oregon.

6. Detective Wilcox spoke with J.M., the wife of D.M., and determined that their wi-fi connection is password protected. However, J.M. and D.M. had provided the wi-fi password to their upstairs neighbor "Jody" because he was taking care of their apartment and while they were out of town. J.M. provided Detective Wilcox a list of the email addresses they used, and none contained "surforski".

7. Additional information in the CyberTipline Report provided a secondary email account for the SUBJECT EMAIL ACCOUNT as "surforski24@aol.com". The SUBJECT EMAIL ACCOUNT was also accessed numerous times via a Verizon digital device with an IP addresses in the Seattle, Washington area. The NCMEC researchers in the CyberTipline Reports commented that they believe the suspect may work at Mary Bridge Hospital and has access to children due to a "Joe Fredrickson (Joey)" Facebook page which uses the SUBJECT EMAIL ACCOUNT.

8. CyberTipline Report 2899834 indicated that an Instagram account of @surforski34 was active, which displayed a profile picture of a white male, 30 to 40 years old, with short dark hair and wearing sunglasses. A Twitter account, linked to "surforski24", was also active for a Joe Fredrickson (@JoeFredrickson) which showed a

white male, 30 to 40 years old, dark haired goatee, wearing sunglasses and a dark hat. A Pandora account was found under a profile name of "surforski34", which displayed the same picture of a male and two teenage looking females that was found on a Facebook page belonging to a Joe Fredrickson.

9. Additionally, according to NCMEC researchers, "surforski34" has been linked to a "Joe Fredrickson" in the Puyallup area who has two younger children. Detective Wilcox searched law enforcement databases for "Joe Fredrickson in Puyallup" and the only return was for JODY RAY FREDRICKSON, residing at xxxx E Main #xxxx, Puyallup, Washington, since October 2013.

10. On December 3, 2014, Detective Wilcox obtained a search warrant and searched the residence located at xxxx E. Main #xxxx, Puyallup, and the Subaru Impreza (Oregon license plate D28365). Several items of evidence were collected during the search warrant, to include cellular telephones, hard drives, external media storage devices, floppy disks, thumb drives, cameras and a laptop computer. On December 4, 2014, Puyallup Police Department Detective Kenneth Lewis proceeded with a forensic examination of the devices and found a large amount of child pornography.

11. Images of child pornography were found on a Samsung cellular telephone containing a 16 gigabyte micro-SD card and the hard drive of an Acer Aspire 6930 laptop. Some of these images appeared to be a minor victim known to me and hereinafter referred to as MV-1. I have reviewed these images and they are described as follows. The images appear to be from when MV-1 was approximately 11 years old. The photographs of MV-1 appeared to be sexually provocative in nature; MV-1 was posing in her bedroom while wearing a tight, short skirt and her shirt was unbuttoned low revealing the top of her breasts. Some of the other "bedroom" photographs depicted MV-1 wearing a belt around her neck like a collar. In a few of the photographs, MV-1 was sitting on the edge of a bed, with her legs apart, exposing the crotch of her underwear. There were close-up images of the same pose that zoomed in specifically on MV-1's crotch and underwear. Copies of these "bedroom" images of MV-1 had been digitally altered; someone had

digitally drawn on the photographs, placing the words "whore," "fuck pig," and/or "cock whore cunt" on MV-1's forehead and the words "rape my cunt," "child fuck slut," "rape whore," "cock slut," and/or "choke me" on her chest area. Someone had also digitally drawn what appears to be simulated semen on the girl's mouth, face, chest, and vaginal area. In one of the digitally-altered photographs, there were statements written in black around MV-1, to include "make me cry," "I a fucking whore," "rape me," and "I need a daddy," and the words "cock slut" and "cunt" written on her chest area. Near the vaginal area, the words "fill my cunt" and "fuck my preteen ass" were written near what appeared to be white "semen" that had been digitally drawn on the photograph. Some of these digital images had file names such as "[MV-1]whore4 – Copy.JPG" and "[MV-1]whore3 – Copy.JPG".

12. Detective Lewis also located digital images of a young, female child (MV-1) getting in and out of a bathtub on the Samsung micro-SD card. I have reviewed these images, and they are described as follows. In many of the "bathroom" images the child was completely nude and her breasts and vaginal area were visible. Also located on the Acer laptop computer were several video files of MV-1, which depicted her undressing and getting into and out of a bathtub with a nude infant male. There were several copies of this video, saved in different video formats, one of which had the file name of "[MV-1]photophone[4].MOD." The digital images of MV-1 found on the Samsung micro-SD card were determined to be still frame photographs from the video of MV-1 entering and exiting the bathtub.

13. Detective Lewis also found thousands of sexually provocative "selfie" images of MV-1 when she was approximately 17 years old.

14. On March 3, 2015, Detective Lewis met with MV-1's mother (T.B.) to show her the digital images and videos. T.B. confirmed that the large number of more recent "selfie" images found on JODY RAY FREDRICKSON's Samsung cellular telephone micro-SD card were images of MV-1. In one file folder named "D's huge tits in bra" there were 939 digital images that consisted mostly of MV-1. T.B. stated that she

COMPLAINT/*United States v. Fredrickson* - 7

recognized the bathroom in the photographs as being the bathroom in her current residence. Detective Lewis also showed T.B. copies of the "bedroom" photographs and the video of MV-1 getting into and out of the bathtub. T.B confirmed that the female child in the photographs and video was MV-1. T.B. stated that MV-1 was eleven years old at the time and T.B. recognized the bathroom as the bathroom in her former residence. According to T.B., it was apparent by the angle of the camera that the video footage had to have been taken from under the bed in the former master bedroom that was located across from the bathroom. It was apparent in the video that the recording device was handheld, as the video frame was unsteady and the device user zoomed in and back out during the beginning of the 29-second video clip. T.B. stated that she thought JODY RAY FREDRICKSON made the video clip as only JODY RAY FREDRICKSON, MV-1 and their infant son would have been home at the time.

15. On March 12, 2015, Detective Lewis met with T.B. and MV-1 to review the photographs and videos of MV-1. MV-1 identified herself in the "bedroom" photos, but was not able to recall when the photographs could have been taken. MV-1 also identified herself in the more recent "selfie" photographs, but did not know how JODY RAY FREDRICKSON could have come to possess them. Detective Lewis played the "bathroom" video and MV-1 immediately identified herself as the girl undressing and getting into the bathtub. MV-1 told Detective Lewis that she thought the video had to have been taken from her mother's bed in the adjoining room, and she was not aware that JODY RAY FREDRICKSON was videotaping her. Detective Lewis showed MV-1 the second "bathroom" video and MV-1 again identified herself and her infant brother. MV-1 stated that although she could not recall the specific time or day the video was created, she was sure that JODY RAY FREDRICKSON made the recording because there were never any other adults in their home while she was bathing her brother.

16. On March 25, 2015, Detective Lewis received statements from T.B. and MV-1. I have reviewed these statements. In her statement, MV-1 detailed what she recalled about the "bathroom" videos and the "bedroom" photographs. She identified

JODY RAY FREDRICKSON as the person who took the photographs, and explained that she recalled how he had asked her to put on the "innocent" clothing and took photographs of her in her bedroom. MV-1 explained that JODY RAY FREDRICKSON started instructing her to pose for the "innocent" photographs and then progressed to having her pose for the inappropriate photographs of her breasts partially exposed and her skirt pulled up. MV-1 also said that JODY RAY FREDRICKSON asked her to put the studded belt around her neck and pose with heavy dark makeup on her face, as well as holding the lamp and looking in an angry and aggressive manner at the camera while he took the photographs. JODY RAY FREDRICKSON told MV-1 not to tell T.B. about the photographs, and although MV-1 could not recall the exact day of the poses, she was able to estimate that they were taken in early 2007.

## CONCLUSION

17. Based on the above facts, I respectfully submit that there is probable cause to believe that JODY RAY FREDRICKSON did knowingly and unlawfully produce and possess child pornography, in violation of Title 18, United States Code, Sections 2251(a) and (e) and Sections 2252(a)(4)(B).

Lissa A. Eastvold-Walton, Complainant
Special Agent, FBI

Based on the Complaint and Affidavit sworn to before me, and subscribed in my presence, the Court hereby finds that there is probable cause to believe the Defendant committed the offenses set forth in the Complaint.

Dated this 29 day of July, 2015.

J. RICHARD CREATURA
United States Magistrate Judge

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800